# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863
    Plaintiff

V:

APPEAL CASE NO. CV -05- 077

CIVIL ACTION NO._____
3:06CV1112-MEF

STATE OF ALABAMA
ATTORNEY GENERAL OFFICE
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

ALABAMA DEPARTMENT OF REVENUE
P.O. BOX 320001
MONTGOMERY, AL 36132-0001
    Defendants

CHAMBERS COUNTY
CIRCUIT CLERK OFFICE
CHAMBERS COUNTY COURTHOUSE
LAFAYETTE, AL 36862

## COMPLAINT AND MOTION TO APPEAL

**COMES,** NOW THE PLAINTIFF WITH THIS COMPLAINT AND MOTION TO APPEAL THE ABOVE CASE BECAUSE OF ALL THE ILLEGAL METHODS USED IN THE DENYING OF MY CONSTITUTIONAL RIGHTS MAKES THIS A DIRECT APPEAL, TO THE UNITED STATES DISTRICT COURT. THE PLAINTIFF ELECTS TO USE, THE **APPENDIX SYSTEM, AS SO GIVEN IN FEDERAL RULE 34 (A) & APP. P. 30.** THE PLAINTIFF DOES NOT DESIRE ORAL ARGUMENT, ALL ARE ESTABLISHED LAWS..

**AUTHORITY:**

    I HAVE CHOSEN TO MANAGE MY OWN CASE AS GIVEN IN;    The provisions of

01.

this article shall not be construed to prevent any person from conducting or managing his own case in any court in the United States.   s/s 34 - 3 - 19, Code 1852, s/s 737, Code 1867, s/s 871, Code 1876, s/s 790, Code 1886, s/s 863, Code 1896, s/s 589, Code 1907, s/s 2981, Code 1923, s/s 6246, Code 1940, T. 46, s/s 41..

**JURISDICTION:**

I HAVE BEEN A LIFE TIME RESIDENT OF ALABAMA, BORN IN TALLAPOOSA COUNTY AT DADEVILLE, ALABAMA.   WHEN I MARRIED MY WIFE AND I ALSO HAD RESIDENTS AT LANETT, ALABAMA, IN CHAMBERS COUNTY.  THE JURI SDICTIONS REQUIREMENTS ARE MET, WHEN THE LEGAL RIGHTS EXIST WHERE THE COURT HAS CONGNIZANCE OF CLASS OF CASES INVOLVED PROPER PARTIES ARE PRESENT AND POINTS TO BE DECIDED IS WITHIN THE POWER OF THIS COURT.  THE ABSENCE OF JURISDICTION, OVER THIS PERSON, CASE, OR SUBJECT MATTER THE COURT <u>HAS NO POWER TO ACT AND JURISDICTION OVER THIS MATTER CANNOT BE CREATED BY WAIVER OR CONSENT.</u>  The scope and extent of this Jurisdiction of Federal Court are governed by rule 28 U.S. C. A.  Jurisdictional amount involved in this case,   Shabotzby V: Mass Mut. Life Ins. Co. D. C. N. Y. 21 F. Supp. 166, 167..  As based on the total monetary value of such action.  Federal Rule 28 U. S. C. A. s/s, s/s 1331, 1332..  The plaintiff claim is given in a short and plain statement that permits a settlement to this claim with no needs for new ground to support it.  Fed. R. Civ. P.  8(a)..

**CAUSE OF ACTION:**

THE ABOVE DEFENDANTS HAVE CREATED A ILLEGAL COURT PROCESS AS DESCRIBED IN THE DEFINITION OF A **KANGAROO COURT.**   TERMS

02.

DESCRIPTIVE OF A SHAM OR ILLEGAL PROCEEDINGS IN WHICH A PERSON'S RIGHTS ARE TOTALLY DISREGARDED AND IN WHICH THE RESULTS IS A FOREGOING CONCLUSION BECAUSE OF THE BIAS OF THE COURT OR OTHER TRIBUNALS. THIS BECOMES AN ILLEGAL OUTREACH ARM OF THE CHAMBERS COUNTY COURT SYSTEM , DENIED ALL OF MY CONSTITUTIONAL RIGHTS AS IN THE DUE PROCESS OF LAW, RIGHT TO APPEAL, DEMAND FOR JURY TRIAL, CREATED ILLEGAL CHARGES FOR GUARANTEED CONSTITUTIONAL RIGHTS, (AS SHOWN IN COST SHEET IN MY BRIEF), COMMITTED FRAUD, ILLEGAL PERCUSSION AND DECEPTION IN A CASE AGAINST ME IN CV - 05- 077, WHERE THEY USED AN ORDER TO SHOW CAUSE WITH ME AS THE PLAINTIFF AND THE ALABAMA DEPARTMENT OF REVENUE AS THE DEFENDANT. I NEVER FILED THIS CLAIM. WHEN THIS CASE WAS BROUGHT AGAINST ME IN NOVEMBER 08, 2005, I WAS SHOWN AS THE PLAINTIFF. WHEN I APPEALED THIS TO CIRCUIT COURT IN CHAMBERS COUNTY, MY APPEAL WAS DENIED , (AS SHOWN IN SUPPORTING ORDER IN BY BRIEF ). THE WORD PRAYED WAS USED MAKING THIS AN ILLEGAL DOCUMENT. Fed. R. Civil P. 8(a).. MY DEMAND FOR TRIAL BY JURY WAS DENIED, AS GIVEN ME THIS RIGHT BY THE UNITED STATES CONSTITUTION WITH NO ILLEGAL FEES ATTACHED OR RESTRICTIONS, THE SEVENTH AMENDMENT OF THE UNITED STATES CONSTITUTION REQUIRES A TRIAL BY AN IMPARTIAL JURY ACCORDING TO THE LAW OF THE LAND, EITHER **CIVIL OR CRIMINAL,** ON ALL ISSUES BETWEEN THE PARTIES, WEATHER THEY BE ISSUES OF LAW OR FACTS, WITH NO ILLEGAL COST OR RESTRAINTANTS ADDED ON. BEFORE A

03.

COURT THAT HAS PROPER JURISDICTION. Fed. R. Civil P. 38 (a), 48, Crim. P. 23, 33 Fed R. Civil P. 59.

ON NOVEMBER 17, 2006 MY WIFE AND I ATTENDED ANOTHER PRE ARRANGED KANGAROO COURT PROCEEDINGS, IN CHAMBERS COUNTY. WHEN I APPEARED BEFORE JUDGE YOUNG, I ASKED FOR HIM TO READ MY ANSWER. HE TOOK ALMOST FIVE SECONDS TO GLANCE AT SEVEN PAGES. THEN I ASKED ABOUT MY MOTION TO DISMISS ON THE FOLLOWING GROUNDS;

A. THE ORDER TO SHOW CAUSE, HAD THE SAME CASE NUMBER AS THE ONE PREVIOUSLY SETTLED, WHICH MAKES THIS AN ILLEGAL DOCUMENT.

B. I AM NOT THE PLAINTIFF AS SO INDICATED ON THE ORDER, FOR THIS WAS FINAL WHEN MR. SPARKS SETTLED THIS IN NOVEMBER, 2005, AND MY APPEAL WAS DENIED, THEREFORE I HAD NO CLAIM IN THIS COURT.

C. THE WORD PRAYED MAKES THIS AN ILLEGAL DOCUMENT AS GIVEN IN FEDERAL LAW. Fed. R. Civil P.8 (a)..

D. DOUBLE JEOPARDY, CAME ABOUT IN NOVEMBER 08, 2005, AND THE SAME WAS REPEATED IN NOVEMBER 17, 2006. THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION AGAINST A SECOND PROSECUTION AFTER A FIRST TRIAL FOR THE SAME OFFENSE. People V: wheeler, 271 Cal. App. 205, 78 Cal. Rptr. 842, 845, 271 C. A. 2d 205.

E. WHEN THERE IS NO LEGAL BASIS OR EVIDENCE PRESENTED TO JUSTIFY THIS CLAIM, THEN IT MUST BE DISMISSED. THE FEDERAL AND STATE LAWS DOES NOT GIVE ANY COURT THE RIGHT TO PUT OR RESTRAIN ANY CITIZEN

FROM USING WHAT EVER LEGAL MEANS NECESSARY FOR RECOVER OF FINANCIAL LOSSES. WHEN SOMEONE OF SOME ACTION CAUSES A FINANCIAL LOSS TO ANOTHER, THE APPOSING PARTY HAS THE RIGHT TO RECOVER BY WHAT EVER LEGAL MEANS THAT IS AVAILABLE, BASED UPON THE TOTAL MONETARY VALUE OF SUCH ACTIONS. Fed. R. 28 U.S.C.A. s/s s/s 1331, 1332..

F.   CHAMBERS COUNTY DOES NOT HAVE JURISDICTION OVER ANY OTHER COURT OR COUNTY, AND DOES NOT HAVE THE AUTHORITY TO DETERMINE WHAT TYPE OF **LIEN** A PERSON CAN OR CANNOT FILE IN PROBATE COURT. IN THE TRANSCRIPT OF THE HEARING, JUDGE YOUNG IS CONFUSED BY CHOOSING TO CLASSIFY THESE LIEN'S AS A STATIONARY LIEN THAT CONSIST OF SOME DEBT OWED OR WORK DONE. THE LIENS I FILED, IN DIFFERENT COUNTY'S (IS ONE OF OVER 50 ESTABLISHED LEGAL LIENS), CAME ABOUT FROM THE FINANCIAL LOSS INCURRED BY ME AND KNOWN AS A **SPECIAL LIEN,** WITH TIES THAT BINDS CERTAIN PROPERTY OR CLAIM, OBLIGATIONS, TO OWNER OF SAID PROPERTY. United States V: Wine Gallons D.C. Mo. 60 F. Supp. 389 - 392..A LIEN IN TERM STANDING ALONE WITH 50 OR MORE DIFFERENT NAMES OR MEANINGS. ALL LIENS WITH A REASON FOR IT ACQUIRED BY OPERATION OF LAW ARE GIVEN IN THE DUE PROCESS OF LAW AS LEGAL MEANS TO SETTLE A DISPUTE, DEBT, OR PROPERTY WITH NO RESTRAINTANTS ADDED. EVERY LIEN STANDS ALONE IN IT'S OWN TERMS. Egyptain Supply Co. V: Boyd C.C.A. Ky. 117 F. 2d 608, 612. CHAMBERS COUNTY OR THE STATE OF ALABAMA HAS THE RIGHT AUTHORITY TO PLACE ANY KIND OF RESTRICTIONS, OR COST UPON ANY

05.

GUARANTEED CONSTITUTION RIGHT, LIKE THE ONE ENCLOSED.

ALL THE PEOPLE THAT BROUGHT THIS ABOUT IS GUILTY OF FRAUD, FILING ILLEGAL CHARGES AGAINST ME, CREATING A FINANCIAL LOSS, PERJURY, WHEN A LAWFUL OATH OF OFFICE IS ADMINISTERED IN JUDICIAL PROCEEDINGS, OR SWEARING IN FOR A OFFICIAL POSITION IN THE GOVERNMENT THEY SWEAR TO UP HOLD THE LAWS OF THE CONSTITUTION OF THE UNITED STATES AND OBEY ALL FEDERAL AND STATE LAWS GOVERNING THE AMERICAN PEOPLE.  FROM THEIR ACTIONS THIS DOES NOT EXIST ANY MORE.  THIS ACTION REQUIRES A FEDERAL INVESTIGATION INTO ALL OF THEIR ACTIVITIES THAT THEY HAVE BEEN INVOLVED WITH SINCE THEY HAVE BEEN IN THEIR POSITION, WITH DISBARMENT PROCEEDINGS FILED AGAINST ALL INVOLVED IN THIS KANGAROO COURT PROCEEDINGS.  Gatewood V: State 15 Md. App. 314, 290, A. 2d 551, 553..

THE JUDGE STATED NOT GRANTED TO THE MOTION TO DISMISS.  THEN I ASKED FOR A TRIAL BY JURY ON THE FOLLOWING GROUNDS;

A. THAT THE UNITED STATES CONSTITUTION GUARANTEES EVERY CITIZEN THE RIGHT TO DEMAND A TRIAL BY AN IMPARTIAL JURY ACCORDING TO THE LAW OF THE LAND, EITHER **CIVIL** OR **CRIMINAL,** ON ALL ISSUES BETWEEN THE PARTIES, WEATHER THEY BE ISSUES OF LAW OR FACTS WITH NO ILLEGAL COST OR RESTRAINTANTS ADDED ON, before the proper court that has legal jurisdiction..  Fed. R. Civil P. 38 (a), 48, Crim. P. 23, 33 Fed. R. Civil P. 59.

B. A SPEEDY TRIAL IS NOT CONFINED TO MERELY AN IMPAIRMENT BUT INCLUDES ANY THREAT TO WHAT HAS BEEN TERMED AS ACCUSED'S

SIGNIFICANT STAKES, PSYCHOLOGICAL, PHYSICAL, OR FINANCIAL IN THE COURSE OF A PROCEEDING WHICH MAY ULTIMATELY DEPRIVE HIM OF PROPERTY, LIFE, LIBERTY, OR PRESUIT OF HAPPINESS. U.S. V: Dreyer, C. A. N. J. 533, F 2d 112, 115.. AGAIN THE JUDGE STATED THAT THIS DEMAND FOR JURY TRIAL WAS DENIED..

**REQUIRED JUDGMENT:**

1.  A TOTAL REVERSAL ON ALL OF THE KANGAROO COURT ORDERS, INJUNCTIVE RELIEF, OR RESTRAINTANTS THAT HAVE BEEN PLACED AGAINST THE PLAINTIFF.

2.  RESTORING ALL LIENS FILED BY PLAINTIFF IN THE PROBATE COURTS IN THE PROPER JURISDICTION AS RECORDED.

3.  FOR ILLEGAL PROSECUTION AND DAMAGES DONE TO PLAINTIFF, A FINE OF THIRTY FIVE MILLION DOLLARS FOR EACH DEFENDANT, WITH AN ADDITIONAL IF NOT SETTLED WITHIN THE NEXT THIRTY DAYS TO TRIPLE THE TOTAL AMOUNT FOR EACH DEFENDANT.

4.  A PERMANENT RESTRAINING ORDER ISSUED AGAINST ALL DEFENDANTS, THAT THEY OR ANY OF THEIR ASSOCIATES, FRIENDS, OR ANY ONE ACTING IN THEIR BEHALF CAN NEVER AGAIN BRING ANY CHARGES OR FORM OF RETALIATION AGAINST THE PLAINTIFF.

5.  THE PLAINTIFF REQUIRES A FEDERAL INVESTIGATION INTO ALL ACTIVATES INVOLVING THE DEFENDANTS IN THIS CASE, WITH DISPENSARY ACTION TAKEN AGAINST THE DEFENDANTS THAT BROKE THEIR OATH OF OFFICE

**CONCLUSION:**

I HAVE PRESENTED PROPER EVIDENCE AND LOCATION OF SUCH, THAT THIS JUDICIAL FORM TERMED AS A KANGAROO COURT SHOULD FOREVER BE REMOVED FROM ALL COURTS, AND THE DUE PROCESS OF LAW WITH EQUAL JUSTICE TO ALL BE ENFORCED BY THE FEDERAL GOVERNMENT WITH ALL OF THEIR MEANS. SOME TIMES THE ONLY WAY TO CORRECT THIS IS THROUGH THE POCKET BOOK METHOD, LIKE I HAVE GIVEN IN MY **REQUIRED JUDGMENT**. REQUESTING THIS TOTAL JUDGMENT TO BE A LESSON TO OTHER COUNTY IN THIS STATE THAT PRACTICES THIS ILLEGAL FORM OF JUSTICE. THE LIENS FILED IN PROBATE COURT MUST STAND AS GIVEN WITH PROPER JURISDICTION AND HEARD IN THAT COURT BEFORE FILING A MOTION TO APPEAL TO CIRCUIT COURT. ALL KANGAROO COURT HEARINGS ORDERS WILL BE REVERSED AND MAINTAINED AS SO RECORDER. THE MOTION TO APPEAL MUST BE GRANTED TO PRESERVE ANY RESPECT FOR JUSTICE IN THE COURT SYSTEM, AND ALL REQUIREMENTS OF THE COMPLAINT BE MEET AS GIVEN.

*Gene Coggins*
GENE COGGINS Bro)st
1436 COUNTY ROAD #299
LANETT, AL 36863
(334) 576 - 3263

# Social Security Administration
# Medicare Prescription Drug Assistance
Notice of Award

Southeastern Program Service Center
2001 Twelfth Avenue, North
Birmingham, Alabama 35285-0001
Date: September 2, 2006
Social Security Number: 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

EUGENE COGGINS
1436 CO RD 299
LANETT AL 36863-5740

You are eligible for extra help with Medicare prescription drug plan costs. To take advantage of this benefit, you must enroll in a Medicare approved prescription drug plan or Medicare Advantage plan with prescription drug coverage, if you are not already enrolled in one. If you do not choose a Medicare prescription drug plan, Medicare will choose one for you to be sure you get this benefit. You will receive more information from Medicare.

The rest of this letter explains the extra help with the prescription drug plan costs, the information used to determine your eligibility, how to sign up for a Medicare prescription drug plan, what to do if your situation changes, and your appeal rights.

## Information About This Help With Your Prescription Drug Plan Costs

You are eligible for full help to pay your Medicare prescription drug premium, also known as subsidy, because your income is below the limits established by the law.

Because your resources are less than or equal to $9,000, you are also eligible for lower prescription drug co-payments and annual deductibles.

You are eligible for:

- 100% subsidy to help pay your Medicare Part D premium
- No prescription drug deductible
- Reduced prescription drug co-payment amounts.

## Information Used To Determine Your Eligibility

When you are married and live with your spouse, we count the income and resources for both of you when we determine your eligibility for this extra help.

You and your spouse have the following resources:

- Bank Accounts

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT UPON THIS DATE I HAVE PLACED IN THE UNITED STATES MAIL, CERTIFIED WITH A RETURN RECEIPT PROPER POSTAGE AND SENT TO THE LAST KNOWN ADDRESS OF THE ONES INVOLVED IN THIS CASE, A COPY OF THIS SUMMONS AND COMPLAINT IN THIS FOREGOING ACTION, OR COUNSEL OF RECORDS, AND IN COMPLIANCE WITH RULE 30 (G) A. R. C. P. OF COURT..

DONE THIS __08__ DAY OF DECEMBER. 2006..

*/s/ Gene Coggins*
GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863

Cc:

U. S. DIST. COURT MIDDLE DIV.
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, AL 36101 - 0711

ALABAMA DEPARTMENT
OF REVENUE
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

STATE OF ALABAMA
ATTORNEY GENERAL OFFICE
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

CHAMBERS COUNTY
CIRCUIT CLERK OFFICE
COUNTY COURTHOUSE
LAFAYETTE, AL 36862