# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V:                                                                            Civil Action Case No. 3: 06 CV 1112-MEF

STATE OF ALABAMA                             ALABAMA DEPARTMENT
                                                                 OF REVENUE
CHAMBERS COUNTY
            Defendant                                             Defendant

## MOTION TO REPLACE THE MAGISTRATE JUDGE

      COMES NOW, THE PLAINTIFF WITH THE ABOVE MOTION TO REPLACE THE APPOINTED MAGISTRATE JUDGE WITH A DISTRICT JUDGE. I NEVER REQUESTED OR SENT IN A CONSENT FORM FOR THIS TO BE SETTLED BY ANY ONE OTHER THAN A DISTRICT JUDGE. IN THE RECOMMENDATIONS I RECEIVED FROM JUDGE SUSAN WALKER, SHE ISSUED BEFORE LOOKING OVER THE HEARING TRANSCRIPT AND ALL OF THE EVIDENCE PRESENTED, HER FOOTNOTES INDICATED THAT (II) FAILS TO STATE A CLAIM, IN MY COMPLAINT I WAS REFUSED THE DUE PROCESS OF LAW, DENIED MY RIGHT FOR A JURY TRIAL BY THE PRE ARRANGED KANGAROO COURT PROCESS SET UP BY THE ABOVE DEFENDANTS. HER REMARKS IN ITEM (I) OF THE FOOTNOTES FOUND ON THE FIRST PAGE INDICATES THAT SHE DOES NOT BELIEVE IN THE DUE PROCESS OF COURT OR CONSTITUTION RIGHTS TO EVERY CITIZEN, EVEN AFTER TAKING AN

01.

OATH OF OFFICE TO UPHOLD THE CONSTITUTION OF THE UNITED STATES. THE CONSTITUTION RIGHTS FOR A DUE PROCESS OF LAW, AS FOUND IN UNITED STATES V: SMITH D.C. IOWA 249 F. SUPP. 515, 516 AND GUARANTEES THE DUE PROCESS, REQUIRING THAT EVERY MAN HAVE THE PROTECTION OF A DAY IN COURT. DI MAJO V: REID 132 N. J. L. 17, 37, A. 2d 829, 830.. A TRIAL BY A JURY WAS WRITTEN TO PROTECT ALL OF THE AMERICAN CITIZENS (EVEN ME). THE CONSTITUTION REQUIRES A TRIAL BY AN IMPARTIAL JURY ACCORDING TO THE LAW OF THE LAND EITHER **CIVIL OR CRIMINAL** ON ALL ISSUES BETWEEN THE PARTIES, WEATHER THEY BE ISSUES OF LAW OR FACTS WITH NO ILLEGAL COST OR RESTRAINTS ADDED ON. FED R. Civil P. 38 (a), 48, Crim. P. 23, 33, Fed. R. Civil P. 59 ON ITEM (111), WHERE THE PLAINTIFF SEEKS MONETARY RELIEF AGAINST THE DEFENDANTS, WHO IS IMMUNE FROM SUCH RELIEF. NOT ANY OF THE ABOVE DEFENDANTS ARE FEDERAL EMPLOYEES, OR HAVE BEEN GIVEN IMMUNITY BY THE FEDERAL GOVERNMENT, THEREFORE ALL ARE SUBJECT TO A JUDGMENT CLAIM FOR MONETARY RELIEF. THE RIGHT TO CHARGE FOR SECURITY OR ENCUMBRANCE UPON PROPERTY FOR PAYMENT OF DEBT, OBLIGATIONS, OR DUTY. Theatre Reality Co. V: Aronberg - Fried Co. C.C.A. Mo. 85F. 2d, 383, 388.. Priger, Springer V: J. R. Clark Co. Minn 138 F. 2d, 722, 726.

**OBJECTION TO MAGISTRATE JUDGE RECOMMENDATIONS:**

THEREFORE, THE JUDGE HAS MISUNDERSTOOD THE ALLEGATIONS OF THE PLAINTIFF AND HIS OBJECTIONS TO HER RECOMMENDATIONS. ON PAGE TWO

SHE STATED THAT I SHOULD HAVE APPEALED THIS THROUGH THE STATE COURT SYSTEM, THIS IS NOT A REASONABLE REQUEST TO DO, FOR ALL OF THE DEFENDANTS WORK FOR THE STATE, LIKE THE ONES IN THE ATTORNEY GENERALS OFFICE ALSO WORK FOR THE DEPARTMENT OF REVENUE, CREATING THIS PROBLEM. EVERY CITIZEN HAS THE RIGHT TO APPEAL ANY LOCAL COURT DECISION DIRECT TO THE UNITED STATES DISTRICT COURT IF THIS INVOLVES A GUARANTEED RIGHT COVERED IN THE CONSTITUTION OF THE UNITED STATES. 28 U.S. C. s/s 129 2.

**JURISDICTION:**

THE ABOVE CASE WAS PROPERLY FILED WITHIN THE TIME LIMIT, Fed. R. 4, WITH PRIOR APPROVAL AND ALL OTHER OBLIGATIONS MET. THE FEDERAL JURISDICTION REQUIREMENTS ARE MET WHEN ONE OR MORE OF THE FOLLOWING ARE INVOLVED IN A COMPLAINT;

1. CONSTITUTIONAL RIGHT VIOLATION,
2. DUE PROCESS OF COURT
3. DISCRIMINATION AGAINST RACE, SEX, OR AGE, CIVIL RIGHTS.
4. THE TOTAL AMOUNT OF JUDGMENT IS TO OR GREATER THAN $50,000.00

THE COMPLAIN FILED IN THIS COURT HAS MET THREE OF THESE REQUIREMENTS (1-2-4), THEREFORE THERE IS NO LEGAL WAY THIS CAN BE USED AS AN EXCUSE NOT TO HONOR THIS COMPLAINT AND APPEAL. IF THIS COURT CANNOT SEE THE JUDGMENT ERRORS MADE BY THE DEFENDANTS IN THIS MANIFESTED FORM OF INJUSTICE, DESCRIBED AS A KANGAROO COURT,

THEN THERE IS NO NEED FOR THIS COURT TO EXIST. RESOLUTION TRUST CO. V: HALLMARK BUILDERS, INC. 996 F. 2d 1144, 1149, (11th. Cir.1993); HENLEY V: JOHNSON, 885 F. 2d 790, 794, (11th. Cir. 1989).. THE LEGAL RIGHT EXIST WHEN THE COURT HAS COGNIZANCE OF CLASS OF CASES INVOLVED PROPER PARTIES ARE PRESENT AND POINTS TO BE DECIDED IS WITHIN THE POWER OF THE FEDERAL COURT. United Cemeteries Co. V: Strother, 342 Mo. 1155, 119, S. W. 2D, 762,765. Harder V: Johnson, 147 Kan. 440, 76 P. 2d, 763, 764.. Rule 28 U. S. C. A. s/s 1251 et seq. Mountain State Power Co. V: City of Forsyth, D. C. Mon. 41 Supp. 389, 390. Ronzio V: Denver & R. G. W. R. Co. C C A. Utah 116 F. 2d, 604, 606..

**FAILURE TO STATE A CLAIM:**

IF THE MAGISTRATE JUDGE HAD FAILED TO SEE THE CLAIM FILED IN MY COMPLAINT, THEN HER KNOWLEDGE OF CONSTITUTIONS RIGHTS DOES NOT EXIST. THE RIGHT FOR A TRIAL BY JURY WAS DENIED, THE RIGHT FOR AN APPEAL WAS DENIED, THE DUE PROCESS OF LAW WAS NEVER RECOGNIZED, CHAMBERS COUNTY DOES NOT HAVE JURISDICTIONS OVER ANY OTHER COURT OR COUNTY (AS PRESENTED IN THE KANGAROO COURT PROCEEDINGS PREFORMED AGAINST ME), AND DOES NOT HAVE THE AUTHORITY TO DETERMINE WHAT TYPE OF LIEN A PERSON CAN OR CANNOT FILE IN PROBATE COURT.. CHAMBERS COUNTY OR THE STATE DOES NOT HAVE THE AUTHORITY TO PLACE ANY KIND OF RESTRICTIONS OR COST UPON ANY GUARANTEED CONSTITUTION RIGHT. ENCLOSED IS A COPY OF THEIR RESTRICTIONS THAT HAS BEEN ADDED FOR TRIAL BY JURY, APPEALS, AND MANY OTHER ILLEGAL CHARGES.                                    04.

**CONCLUSION:**

IF YOU WILL TAKE TIME TO LOOK OVER ALL OF THE ENCLOSED EXHIBITS AND THE HEARING TRANSCRIPTS, (THAT HAS BEEN ORDERED), AND REMBERING YOUR OATH OF OFFICE I AM SURE THERE WILL BE NO QUESTION ABOUT THIS ILLEGAL PROCEDURE S THE ABOVE DEFENDANTS HAVE CREATED IN THE COURT SYSTEM. WHEN THIS TYPE OF KANGAROO COURT PROCESS IS USED AGAINST A CITIZEN OF THE UNITED STATES, ALL PEOPLE THAT BROUGHT THIS ABOUT IS GUILTY OF PERJURY, WHERE A CRIME COMMITTED WHEN A LAWFUL OATH OF OFFICE IS ADMINISTERED IN A JUDICIAL PROCEEDINGS, WHERE THEY SWEAR TO UPHOLD THE LAWS OF THE CONSTITUTION OF THE UNITED STATES AND OBEY ALL FEDEERAL AND STATE LAWS GOVERNING THE AMERICAN PEOPLE. FROM THEIR ACTIONS THEY HAVE FORGOTTEN THIS. THIS REQUIRES A **FEDERAL INVESTIGATION** INTO ALL ACTIVITIES THEY HAVE BEEN INVOLVED WITH SINCE THEY HAVE BEEN IN THEIR POSITION.. Gatewood V: State 15 Md. App. 314, 290, A. 2d, 551, 553.

*[signature: Gene Coggins]*
GENE COGGINS

05.

# MOTION FOR PRODUCTION OF RECORDS

TO:
CIRCUIT CLERK OF CHAMBERS COUNTY

CASE REFERENCE:

1. CV-05-077   DATE NOVEMBER 08, 2005   ALL RECORDS INCLUDING HEARING TRANSCRIPT..

2. CV-05-077 DATE NOVEMBER 17, 2006.   ALL RECORDS INCLUDING HEARING TRANSCRIPT..

SEND COPY TO:

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
P.O. BOX 711
MONTGOMERY, AL 36101-0711

GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863

STATE OF ALABAMA
ATTORNEY GENERAL OFFICE
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

ALABAMA DEPT. OF REVENUE
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

_____
GENE COGGINS

## IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

| | |
|---|---|
| GENE COGGINS & ALLIVEE COGGINS,  )<br>    Appellants/Plaintiffs,                      )<br>                                                           )<br>vs.                                                      )     Case No. CV-05-077<br>                                                           )<br>STATE OF ALABAMA DEPARTMENT OF  )<br>REVENUE,                                          )<br>    Appellee/Defendant.                        ) | |

### ORDER

This matter came before the Court upon the petition of the State of Alabama Department of Revenue for among other things, relief from certain documents recorded by Gene Coggins. In the process of hearing that issue it has come to the attention of the Court that Gene Coggins has recorded common-law liens to harass and retaliate against individuals who, in the exercise of governmental duties, have had to take action that Gene Coggins found objectionable. It has come to the attention of this Court that those liens are against the individuals, business, and/or governmental entities listed on Exhibit A. In order to prevent a continuing injustice this Court finds that these instruments to be without justification and null, void and without effect. This Order may be recorded and indexed with notations as necessary so that the common-law liens described herein are made null, void, cancelled and without effect.

The Clerk of the Court is to mail a copy of this Order to counsel of record and any party appearing pro se.

DONE this the 1st day of December, 2006.

FILED IN C...

DEC  5 2006

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

_____
TOM F. YOUNG, JR.
Circuit Judge

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

GENE COGGINS & ALLIVEE COGGINS, )
)
    Appellants/Plaintiffs, )
)
vs. ) Docket No.: CV-05-0?
)
STATE OF ALABAMA DEPARTMENT )
OF REVENUE, )
)
    Appellee/Defendant. )

### ORDER TO SHOW CAUSE

This day came the State of Alabama through its Assistant Attorney General and filed herein its petition praying that the Appellant/Plaintiff, Gene Coggins be required to show cause why he should not be punished for a contempt, and now upon consideration of the same it is:

**ORDERED, ADJUDGED AND DECREED** by the Court:

1. That Gene Coggins shall appear before this Court at __9__ a.m., on __November 17__, 2006, to show cause, if any there be, why he should not be punished for a contempt of Court for and on account of the matters and things set out in the petition of the State of Alabama.

2. The failure of Gene Coggins to appear at the hearing may result in the issuance of a writ of arrest pursuant to the Alabama Rules of Civil Procedure.

This the __27th__ day of October, 2006.



CIRCUIT JUDGE

FILED IN C... THIS

OCT 3 1 2006

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

ORIGINAL

IN THE CIRCUIT COURT OF CHAMBERS COUNTY, ALABAMA

GENE COGGINS & ALLIVEE COGGINS,   )
                                   )
    Appellants/Plaintiffs,         )
                                   )
vs.                                )   Docket No.: CV-05-077
                                   )
STATE OF ALABAMA DEPARTMENT        )
OF REVENUE,                        )
                                   )
    Appellee/Defendant.            )

## ORDER TO SHOW CAUSE

This day came the State of Alabama through its Assistant Attorney General and filed herein its petition praying that the Appellant/Plaintiff, Gene Coggins be required to show cause why he should not be punished for a contempt, and now upon consideration of the same it is:

**ORDERED, ADJUDGED AND DECREED** by the Court:

1. That Gene Coggins shall appear before this Court at 9:00 a.m., on ~~September~~ November 8, 2005, to show cause, if any there be, why he should not be punished for a contempt of Court for and on account of the matters and things set out in the petition of the State of Alabama.

2. The failure of Gene Coggins to appear at the hearing may result in the issuance of a writ of arrest pursuant to Alabama Rules of Civil Procedure.

3. The State of Alabama is directed to serve upon Gene Coggins through C. Ryan Sparks, Esq., his attorney of record, a copy of this order and the attached petition by fax or other method of delivery, and make due return thereof at the hearing.

This the 20th day of September, 2005.

FILED

                                                  /s/ Ray D. Martin
                                                CIRCUIT JUDGE

C: parties

SEP 21 2005

CHARLES W. STORY
CIRCUIT CLERK
CHAMBERS COUNTY, ALABAMA

*RECEIVED - NOV-7-06.*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev 6/88 | **SUMMONS**<br>**- CIVIL -** | Case Number<br>CV-05-077 |
|---|---|---|

IN THE _____Circuit_____ COURT OF _____Chambers_____ COUNTY

**Plaintiff** STATE OF ALABAMA DEPARTMENT OF REVENUE  **v. Defendant**  GENE COGGINS

**NOTICE TO** _____GENE COGGINS_____

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF OR PLAINTIFF'S ATTORNEY _____DAVID AVERY_____ WHOSE ADDRESS IS _____P.O. BOX 320001, MONTGOMERY ALABAMA 36132-0001_____.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN __30__ DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSON AUTHORIZED by the Alabama Rules of Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant.

☐ Service by certified mail of this summons is initiated upon the written request of STATE OF ALABAMA DEPARTMENT OF REVENUE _____ pursuant to the Alabama Rules of Civil Procedure.

Date _____  _____ By: _____
                              Clerk/Register

☐ Certified Mail is hereby requested.  _____
                                       Plaintiff's/Attorney's Signature

**RETURN ON SERVICE:**

☐ Return receipt of certified mail received in this office on _____.
                                                              (Date)

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____ in _____ County, Alabama on _____.
                                                                                                                    (Date)

Date _____       Server's Signature _____

Address of Server _____   Type of Process Server _____



**Charles W. Story**
Circuit Clerk
Chambers County Courthouse
LaFayette, Alabama 36862

LaFayette: (334) 864-4348
Lanett/Valley: (706) 586-8411
Valley Annex: (334) 768-7068
Fax: (334) 864-4309

**Barbara H. Teel**
Deputy Circuit Clerk

May 28, 2004

# CHAMBERS COUNTY CIRCUIT CLERK'S OFFICE

## NEW CIVIL FILING FEES
### EFFECTIVE JUNE 1, 2004

| | |
|---|---|
| SMALL CLAIMS TO $1,500.00 | $ 87.00 |
| SMALL CLAIMS OVER $1,500.00 TO $3,000.00 | $161.00 |
| SMALL CLAIMS ADDITIONAL PLAINTIFFS EACH ONE (WITH A CAP OF $500.00) | $ 50.00 |
| SMALL CLAIMS ADDITIONAL DEFENDANTS EACH (EVEN WHEN CERTIFIED MAIL SERVICE IS REQUESTED) | $ 10.00 |
| DISTRICT CIVIL | $255.00 |
| DISTRICT CIVIL ADDITIONAL PLAINTIFFS AND DEFENDANTS IS THE SAME AS SMALL CLAIMS ADDITIONAL FEES | |
| CIRCUIT CIVIL UNDER $50,000.00 | $254.00 |
| CIRCUIT CIVIL OVER $50,000.00 | $354.00 |
| CIRCUIT CIVIL ADDITIONAL PLAINTIFFFS EACH (WITH A CAP OF $1,000.00) | $100.00 |
| CIRCUIT CIVIL ADDITIONAL DEFENDANTS EACH (EVEN WHEN CERTIFIED MAIL FEE IS REQUESTED) | $ 10.00 |
| CIRCUIT CIVIL COUNTER CLAIMS, THIRD PARTY COMPLAINT, THIRD PARTY MOTION, ACTION FOR DECLAITORY JUDGMENT | $297.00 |
| CIRCUIT CIVIL MOTION OR COMPLAINT TO APPEAR AS AN INTERVENOR | $297.00 |
| DOMESTIC RELATIONS | $202.00 |
| DOMESTIC RELATIONS MODIFICATIONS | $305.00 |
| CIVIL JURY DEMAND | $100.00 |
| CIVIL SUPEONAS | $ 12.00 |
| CIRCUIT CIVIL / DISTRICT CIVIL / AND DOMESTIC RELATIONS MOTION FOR JUDGMENT, DEFAULT JUDGMENT, OR SUMMARY JUDGMENT | $ 50.00 |
| ATTACHMENT, GARNISHMENT, AND EXECUTIONS | $ 30.00 |

# CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT UPON THIS DATE I HAVE PLACED IN THE UNITED STATES MAIL, WITH PROPER POSTAGE AND SENT TO THE LAST KNOWN ADDRESS OF THE ONES INVOLVED IN THIS CASE, A COPY OF THIS SUMMONS AND COMPLAINT IN THIS FOREGOING ACTION, OR COUNSEL OF RECORDS, AND IN COMPLIANCE WITH RULE 30 (G) A. R. C. P. OF COURT..

     DONE THIS __29__ DAY OF DECEMBER. 2006..


*/s/ Gene Coggins*
GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863

Cc:

| | |
|---|---|
| U. S. DIST. COURT MIDDLE DIV. OFFICE OF THE CLERK POST OFFICE BOX 711 MONTGOMERY, AL 36101 - 0711 | ALABAMA DEPARTMENT OF REVENUE P.O. BOX 320001 MONTGOMERY, AL 36132-0001 |
| STATE OF ALABAMA ATTORNEY GENERAL OFFICE P.O. BOX 320001 MONTGOMERY, AL 36132-0001 | CHAMBERS COUNTY CIRCUIT CLERK OFFICE COUNTY COURTHOUSE LAFAYETTE, AL 36862 |

Case: 3:06cv1112

Gene Coggins
1436 County Road 299
Lanett, AL 36863

------------------------------------------------------

TO ATTORNEYS OF RECORD:    Electronic Noticing is MANDATORY in the District Court for the Middle District of Alabama.

By order of the court (General order 04-3164) Electronic Noticing is mandatory for all attorneys who wish to practice in this district.

ATTORNEYS, If you have received this notice by mail, you have not yet complied with this order, according to our records. Please register IMMEDIATELY!

The mandatory registration form for attorneys can be accessed through our web site (www.almd.uscourts.gov, click on the CM/ECF icon. At the CM/ECF welcome page, click on the Registration button). The form can be completed and submitted on-line

If you have any questions or need help with our Case Management/Electronic Case Files (CM/ECF) system, please call our help desk on 334.954.3935.



**CM/ECF REGISTRATION**
for
*Middle District of Alabama*

This form shall be used to register for an account on the Middle District of Alabama Electronic Case F (ECF) System. Registered users will have privileges to electronically submit documents and to view retrieve electronic docket sheets and documents.

**Within a few days, unless other arrangements have been made, a user login and password for acce the ECF System will be electronically transmitted to the e-mail address listed on the registration f All information indicated by an asterisk (*) is required.** *(Note: a PACER account is necessary for a to files and documents. You may register for a PACER account either online at http://pacer.psc.uscourt. or by calling 1-800-676-6865.)* **It may take a moment for the form to load. If you are having prob with the form, please CLICK HERE.**

**Registration Form**

| | |
|---|---|
| First Name: * GENE | Middle Name/Initial: |
| Last Name: * COGGINS | Generation (i.e., Sr., Jr.): |

State Bar ID: *  State Issued: * AL

* **Admission Status (please check the one that applies to you):**
  ○ A Member in Good Standing of the Bar for the Middle District of Alabama.
  ● Admitted pro hac vice in case #:  (Ex: 1:99-cv-00500)  3 CV- 1112-M
  ○ Appearing specially, such as representing and appearing on behalf of the United States.
  ○ Other, please specify:

Social Security Number (last four digits:) * 2485

The information contained in this box will be maintained confidentially, and is necessary for security/confirmation purposes.

Firm Name:
Address 1: *
Address 2:
Address 3:
City: *    State: * AL    Zip Code: *
Telephone Number: *

- Zip (Must be a 5 digit number).
- Telephone Number is required and must be all numbers.
- City is required.
- Firm Address is required.
- Email Address is required (Format: email@domain.com).
- Bar ID is required.

Primary Email Address:

If you would like notices to be se... below, separated by commas.

Alternate Email (optional):

ase enter them in the field

[ OK ]

If you would like to use the same ... assigned to you for the Middle D...

e login, if available, will be

Designated Login:

- This CM/ECF system is for use only in cases designated by the United States District Court for the Middle District of Alabama.