# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

**GENE COGGINS**
    Plaintiff

V:                                              Civil Action Case No. 3: 06 CV 1112-MEF

**STATE OF ALABAMA**
**ALABAMA DEPARTMENT OF REVENUE**
**CHAMBERS COUNTY**
            Defendant

## MOTION TO CLARIFY DEFENDANTS AND ADDRESS

COMES NOW, THE PLAINTIFF WITH THIS MOTION TO CLARIFY ALL DEFENDANTS AND ADDRESS AS KNOWN BY THE PLAINTIFF. ON THE ORIGINAL MOTION TO APPEAL, I DID NOT MAKE THE DEFENDANT CHAMBERS COUNTY CLEAR AS ONE OF THE DEFENDANTS THAT CREATED THIS ILLEGAL FORM OF KANGAROO COURT AGAINST ME. I PLACED THIS ON THE RIGHT SIDE AND LEFT OF THE % SIGN ON THE ADDRESS. THE CORRECT ADDRESS IS :

CHAMBERS COUNTY (DEFENDANT)
ATTORNEY FOR COUNTY
% CHAMBERS COUNTY CLERK OFFICE
COURTHOUSE
LAFAYETTE, AL 36862

THIS WAS SENT TO THE CHAMBERS COUNTY CLERK, BECAUSE HE CAN PLACE THIS IN THE RIGHT HANDS, SINCE I DON'T KNOW THE ATTORNEY FOR

THE COUNTY OR HIS ADDRESS. THE CHAMBERS COUNTY CLERKS OFFICE IS NOT A PARTY TO THIS ACTION. LIKE SENDING THIS TO THE CLERKS OFFICE OF THE UNITED STATES DISTRICT, I ASSUMED THIS TO BE THE CORRECT PROCEDURE. AS FOR AS I KNOW THE OTHER DEFENDANTS NAME AND ADDRESS, THE STATE OF ALABAMA AND THE ALABAMA DEPARTMENT OF REVENUE ARE CORRECT. UNDER FEDERAL RULE 7 ©) (3) A HARMLESS ERROR OR OMISSION SHALL NOT BE ANY GROUNDS FOR DISMISSAL. A COURT MAY PERMIT INFORMATION TO BE AMENDED AT ANY TIME BEFORE FINAL ORDER. FED. R. 7 (e).

UNDER FEDERAL RULE 25 (b) THE SERVING OF PAPERS ARE NOT REQUIRED BY THE CLERK. BUT BY A PARTY OR PERSON ACTING FOR A THAT PARTY. THEREFORE WHEN I HAD THE ORIGINAL COMPLAINT FILED, WITH A CERTIFICATE OF SERVICE, I MAILED A COPY TO ALL DEFENDANTS TO THEIR LAST KNOWN ADDRESS, THIS MADE ALL SERVICES A LEGAL NOTICE AS GIVEN BY THE ABOVE RULE AND THE FEDERAL RULES OF CIVIL PROCEDURE. IN MAKING A STATEMENT TO THE CLERK OF CHAMBERS COUNTY THAT THE PAPER WORK HAD NOT BEEN PROPERLY SERVED, IS NOT CORRECT ACCORDING TO THE ABOVE FEDERAL LAWS.

_/s/ Gene Coggins_
GENE COGGINS

# CERTIFICATE OF SERVICE

     I HEREBY CERTIFY THAT UPON THIS DATE I HAVE PLACED IN THE UNITED STATES MAIL, WITH PROPER POSTAGE AND SENT TO THE LAST KNOWN ADDRESS OF THE ONES INVOLVED IN THIS CASE, A COPY OF THIS FOREGOING ACTION, OR COUNSEL OF RECORDS, AND IN COMPLIANCE WITH RULE 30 (G) A. R. C. P. OF COURT..


     DONE THIS __06__ DAY OF JANUARY. 2007..


*/s/ Gene Coggins*
GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863

   Cc:

| | |
|---|---|
| U. S. DIST. COURT MIDDLE DIV.<br>OFFICE OF THE CLERK<br>POST OFFICE BOX 711<br>MONTGOMERY, AL 36101 - 0711 | ALABAMA DEPARTMENT<br>OF REVENUE<br>P.O. BOX 320001<br>MONTGOMERY, AL 36132-0001 |
| STATE OF ALABAMA<br>ATTORNEY GENERAL OFFICE<br>P.O. BOX 320001<br>MONTGOMERY, AL 36132-0001 | CHAMBERS COUNTY ATT:<br>%CIRCUIT CLERK OFFICE<br>COUNTY COURTHOUSE<br>LAFAYETTE, AL 36862 |