# INTHE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION, AT: MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V:                                                Civil Action Case No. 3: 06 CV 1112-MEF

STATE OF ALABAMA
ALABAMA DEPARTMENT OF REVENUE
CHAMBERS COUNTY
    Defendants

## MOTION FOR DEFAULT, AND DEFAULT JUDGMENT

COMES NOW, THE PLAINTIFF WITH THIS MOTION FOR DEFAULT AND DEFAULT JUDGMENT TO BE ENTERED AGAINST ALL THREE DEFENDANTS. DONE IN AND WITH ACCORDANCE TO FEDERAL RULE OF CIVIL P. 55. IN THE ORIGINAL COMPLAINT, THE STATE OF ALABAMA, THE ALABAMA DEPARTMENT OF REVENUE, AND CHAMBERS COUNTY WERE LISTED AS DEFENDANTS. I HAVE NOT DROP ANYONE, OR FILED ANY MOTION FOR THEIR NAME TO BE REMOVED FROM THIS CASE. ALL THREE ARE EQUAL INVOLVED IN THIS ILLEGAL KANGAROO COURT HEARING, THAT THEY BROUGHT AGAINST ME. IF YOU COULD TAKE A MOMENT TO GLANCE AT THE ILLEGAL ORDER TO SHOW CAUSE DATED NOVEMBER 08, 2005, AND AGAIN ON NOVEMBER 17, 2006, (COPY WAS SENT TO YOU), WHERE I WAS MADE THE PLAINTIFF AND THE ALABAMA

01.

DEPARTMENT OF REVENUE WAS THE DEFENDANT, WITH THE SAME CASE NUMBER, AND THE WORD **PRAYING,** WAS USED IN BOTH, AS SET OUT IN THE PETITION OF THE STATE OF ALABAMA.   THE COURT OF CHAMBERS COUNTY WOULD NOT GRANT A DISMISSAL ON THESE ILLEGAL ORDERS,  WHEN I PRESENTED THIS TO THE COURT AS GROUNDS TO DISMISS, JUDGE YOUNG SAID NOT GRANTED THAT THIS CASE WAS BROUGHT IN BECAUS E OF THE APPEAL THAT MY ATTORNEY ( MR. RON SPARKS), HAD MADE.   THIS WAS ALSO NOT SO FOR THE APPEAL WAS DENIED, (A COPY OF THIS WAS SENT TO YOU)..   THEN I REQUESTED A TRIAL BY JURY, AND THIS WAS ALSO DENIED, AND THIS MADE THIS CASE, A GUARANTEED CONSTITUTION RIGHT VIOLATION,  AND THE UNITED STATES DISTRICT COURT THE RIGHT PLACE AND JURISDICTION TO SETTLE THIS CASE.    I FILED A MOTION TO PRODUCE COURT RECORDS FROM BOTH EVENTS,  SO FOR THEY HAVE NOT BEEN SENT.   THIS DELAYED ACTION WILL KEEP YOU FROM SEEING THE TOTAL PICTURE OF WHAT HAPPEN AT BOTH HEARINGS.   WITH WHAT COPIES THAT I  SENT YOU SHOULD BE ENOUGH FOR YOU TO RENDER A FAIR AND JUST FINAL ORDER WITHOUT ANY FUTHER APPEAL.

   THE MOTION FOR DEFAULT AND DEFAULT JUDGMENT MUST BE GRANTED. ALL DEFENDANTS WERE PROPERLY SERVED, BY CERTIFIED MAIL, A CERTIFICATE OF SERVICE, AND SIGNED RECEIPT, RETURNED TO THE CLERKS OFFICE.   AS OF THIS DAY I HAVE HAD NO RESPONSE, MORE THAN THE TIME ALLOWED ON THE SUMMONS  HAS PASSED WITH NO ANSWER OR OFFER TO SETTLE IN ANY WAY.

02.

UNDER RULE 55, WHEN A DEFENDANT FAILED TO PLEAD, ANSWER THE COMPLAINT WITHIN THE TIME LIMIT GIVEN, OR OTHERWISE DEFEND, HE IS IN DEFAULT AND DEFAULT JUDGMENT IS ENTERED AGAINST HIM BY THE CLERK OF THE COURT.   U. C. C.  s/s s/s  9 - 501 - 507..  Meadows V: Continental Assur. Co. C.C.A. Tex. 89 F. 2d  256.  Town of Milton V: Bruso, 1111 Vt. 82, 10 A. 2d 203, 205..   The term also embraces the ides of dishonesty and of wrongful act (s).   Greco  V:  S. S. Kresge Co. 277 N. Y. 26, 12 N.E.  2d  557, 562...

THEREFORE ALL DEMANDS MADE IN THE ORIGINAL COMPLAINT MUST BE GRANTED:

A.  THE ORDER CASE NO.  CV - 05 - 077,  DATED NOVEMBER 08, 2005 BE NULL AND VOID, WITH   CHAMBERS COUNTY RETURNING THE TOTAL COST OF FINE AND  ATTORNEY FEES TO THE PLAINTIFF.   FINE $250.00, ATTORNEY $3,000.00,  A TOTAL OF $3, 250.00 PLUS INTEREST FROM COURT DATE UNTI ?

B.  THE ORDER CASE NUMBER CV - 05 - 077, DATED NOVEMBER 17, 2006, BE NULL AND VOID..

C.  THE ORDER GRANTING INJUNCTION RELIEF, CASE NUMBER CV - 05- 077 BE  NULL AND VOID.

D.  THE DEMAND FOR JUDGMENT AGAINST EVERY DEFENDANT FOR THE SUM OF THIRTY FIVE MILLION DOLLARS BE GRANTED.

E.  ETHICS COMMISSION TO INVESTIGATE ALL INVOLVED IN THIS ILLEGAL OPERATION, BRINGING PROPER CHARGES AGAINST THEM.


GENE COGGINS                              03.