IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06CV1112-MEF |
| ) | (WO) |
| STATE OF ALABAMA ATTORNEY ) | |
| GENERAL'S OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On January 23, 2007, plaintiff filed a motion seeking default judgment against the defendants (Doc. # 9). In view of the judgment entered in this case on January 16, 2007 dismissing this action for lack of jurisdiction, it is

ORDERED that the motion for default judgment is DENIED as MOOT.

Done, this the 25th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE