# IN THE UNITED STATES DISTRICT COURT MIDDLE DISTRICT, EASTERN DIVISION AT: MONTGOMERY, ALABAMA

GENE COGGINS
    Plaintiff

V:　　　　　　　　　　　　　　　　　　Civil Action Case No. 3:06 CV 1112-MEF

<u>STATE OF ALABAMA</u>
<u>ALABAMA DEPARTMENT OF REVENUE</u>
<u>CHAMBERS COUNTY</u>
    Defendants

## MOTION FOR REHEARING

    COMES NOW, THE PLAINTIFF, GENE COGGINS WITH THIS MOTION FOR A REHEARING, ON THE FOLLOWING GROUNDS;

1. A COMPLAINT AND APPEAL WAS FILED ON OR AROUND JANUARY 06, 2007, WITH A CERTIFICATE OF SERVICE, SUMMONS FOR EVERY DEFENDANT, PLACED IN THE UNITED STATES MAIL, WITH PROPER POSTAGE, LAST KNOWN ADDRESS, AND A RETURN RECEIPT, MAILED TO THE CLERK OF THIS COURT.

2. THE COMPLAINT WAS FILED WITHIN THE PROPER TIME LIMIT AS GIVEN IN THE FEDERAL RULES OF CIVIL P. , THE COST WAS COVERED AND APPROVED AS REQUIRED.

3. THE SUMMONS, WERE PROPERLY SERVED AS GIVEN TO ME FROM THE

CLERKS OFFICE "STATING THAT YOU ARE HEREBY SUMMONED AND REQUIRED TO SERVE ON PLAINTIFF ATTORNEY (name & address) AN **ANSWER** TO THE COMPLAINT WHICH IS SERVED ON YOU WITH THIS SUMMONS WITHIN 20 DAYS AFTER SERVICE OF THIS SUMMONS ON YOU, EXCLUSIVE OF THE DAY OF SERVICE. IF YOU FAIL TO DO SO, **JUDGMENT BY DEFAULT**, WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. ANY ANSWER THAT YOU SERVE ON THE PARTIES TO THIS ACTION MUST BE FILED WITH THE CLERK OF THIS COURT WITHIN A REASONABLE PERIOD OF TIME AFTER SERVICE."

4. I FILED THE COMPLAINT AND MOTION TO APPEAL WITHIN THE PROPER TIME LIMIT, WHERE IF THE APPEAL WAS OR WAS NOT ACCEPTED OR THE COMPLAINT HAD TO BE ADDRESSED BY THE COURT. A MOTION FOR THE PRODUCTION OF RECORDS WERE FILED, WITH NO RESULTS.

5. A MOTION TO CLARIFY A DEFENDANTS NAME AND ADDRESS WAS FILED AND GRANTED BY THE COURT.

6. I WENT TO THE CHAMBERS COUNTY LIBRARY AND FILED ON THE CM/ECF REGISTRATION FORM AS REQUIRED, ENTERED ON 1/16/2007 AT 12:26 PM.

7. AN ORDER (Doc. #4) WAS SENT TO ME BY A MAGISTRATE JUDGE RECOMMEND TO DISMISS THE COMPLAINT FOR LACK OF JURISDICTION.

   a. Jurisdictions exist when court has cognizance of class of cases involved, where proper parties are present and points to be decided is within the power of the courts. (Blacks law dictionary)...United Cemeteries Co. V: Strother 342 Mo. 1155, 119 S. W. 2d. 762 765. Harder V: Johnson 147 Kan. 440, 76 P. 2d. 763 764.

**02.**

    b.    Jurisdiction is the power introduced for the public good, or benefit for the account of dispensing fair justice, to all citizens. The scope, power and intent of jurisdiction for the Federal Courts is governed by 28 U.S.C.A. s/s 1251 et. Seq..

    c.    Jurisdiction is not limited to subject matter, or amount sought in the litigation, but facts must exist for the federal court to have proper jurisdiction on any particular case is that the defendant has been properly served with on going process, that the controversy exceeds a certain sum, that the parties are citizens of the United States. Nobel V: Union River Logging Railroad Co. 147 U.S.. 165, 13 S. Ct. 271, 37 L. Ed. 123.

All OF THE ABOVE QUALIFICATION FOR PROPER JURISDICTION WERE MET, THEREFORE AN ERROR WAS MADE BY THIS COURT, ANOTHER BY PRE-JUDGING THIS CASE BEFORE LOOKING AT ALL THE EVIDENCE INVOLVED, NOT REQUIRING THE CLERK TO PRODUCE ALL REQUIRED RECORDS, PLACING THIS CASE IN THE HANDS OF A MAGISTRATE JUDGE, WHERE THIS CASE WAS FILED WITH THE DISTRICT COURT FOR A DECISION BY A DISTRICT JUDGE.

8.    A MOTION FOR DEFAULT AND DEFAULT JUDGMENT WAS FILED AFTER ALL DEFENDANTS WERE PROPERLY SERVED AND FAILED TO PLEAD (I. E. Answer) OR OTHERWISE DEFEND, HE IS IN DEFAULT AND DEFAULT JUDGMENT MUST BE ENTERED AGAINST HIM BY THE CLERK OF THE COURT. Fed. Rule 55. ALL OF THIS DENIED AND NEVER ACTED UPON BY THE CLERK AS SO INDICATED. THIS WRONGFUL ACT OF OMISSION EMBRACES THE DISHONESTY CARRIED OUT BY THE OFFICE OF THE CLERK. Greco V: S.S. Kresge Co. 277, N.Y. 26, 12 N.E. 2d. 557, 562. Hilkert V: Canning 58 Ariz. 290, 119 P. 2d. 233, 236..

NOT ABLE TO RECOGNIZE THE DUE PROCESS OF LAW, WITH THE OATH OF OFFICE TO UPHOLD ALL THE LAWS OF THE UNITED STATES AS GIVEN IN THE CONSTITUTION, AS FOUND IN; United States V: Smith D.C. Iowa 249 Supp. 515, 516.. Guarantees the due process requiring that every man have the protection of a day in court.. Di Mago V: Reid 132 N. J. L. 17, 35, A 2d. 829, 830.. THE RIGHT TO DEMAND A TRIAL BY JURY, (THE CONSTITUTION REQUIRES A TRIAL BY AN IMPARTIAL JURY ACCORDING TO THE LAW OF THE LAND EITHER **CIVIL OR CRIMINAL** ON **ALL ISSUES** BETWEEN THE PARTIES, WEATHER THEY ARE ISSUES OF LAW OR FACTS WITH NO ILLEGAL COST OR RESTRAINTS ADDED ON), Fed. R. Civil P. 38 (a) 48, Crim.. P. 23, 33, Fed. R. Civil P. 59.. OR THE RIGHT TO APPEAL, TO A INTERMEDIATE SUPERIOR COURT ANY DECISION AS GIVEN IN THE UNITED STATES CONSTITUTION AS A GUARANTEED RIGHT TO EVERY CITIZEN, FILED WITHIN THE PROPER JURISDICTION AS GIVEN ABOVE, THIS MOTION FOR A REHEARING MUST BE HONORED, AND FINAL JUDGMENT ENTERED IN FAVOR OF THE PLAINTIFF. ANY OTHER EXCUSES OR DELAYS CAN ONLY PLACE THIS COURT AND JUDGES DEEP IN BED WITH THE CORRUPT ALABAMA BAR ASSOCIATION MEMBERS, NOT CAPABLE OF RENDERING ANY JUST DECISION OR FAIR JUSTICE TO ANYONE. THESE ILLEGAL ACTS REQUIRE A FEDERAL INVESTIGATION INTO ALL INVOLVED IN THIS ILLEGAL ACTION.

_Gene Coggins_
Gene Coggins Pro-se

04.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT UPON THIS DATE I HAVE PLACED IN THE UNITED STATES MAIL, WITH PROPER POSTAGE AND SENT TO THE LAST KNOWN ADDRESS OF THE ONES INVOLVED IN THIS CASE, A COPY OF THIS FOREGOING ACTION, OR COUNSEL OF RECORDS, AND IN COMPLIANCE WITH RULE 30 (G) A. R. C. P. OF COURT..

DONE THIS __28__ DAY OF FEBRUARY, 2007..

_____
GENE COGGINS
1436 COUNTY ROAD #299
LANETT, AL 36863

Cc:
U. S. DIST. COURT MIDDLE DIV.
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, AL 36101 - 0711

ALABAMA DEPARTMENT
OF REVENUE
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

STATE OF ALABAMA
ATTORNEY GENERAL OFFICE
P.O. BOX 320001
MONTGOMERY, AL 36132-0001

CHAMBERS COUNTY ATT:
%CIRCUIT CLERK OFFICE
COUNTY COURTHOUSE
LAFAYETTE, AL 36862

U.S. ATTORNEY GENERAL
WASHINGTON D.C.

GENE COGGINS
146 COUNTY ROAD #299
LANETT, AL 36863

MONTGOMERY AL 361
01 MAR 2007 PM 4 T

U.S. DISTRICT COURT MIDDLE DIV.
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, AL 36101-0711