IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-1112-MEF |
| ) | |
| STATE OF ALABAMA ATTORNEY ) | |
| GENERAL'S OFFICE, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Reconsideration (Doc. #11) filed on March 2, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 24th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE