IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGINS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-1112-MEF |
| ) | |
| STATE OF ALABAMA ATTORNEY ) | |
| GENERAL'S OFFICE, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

Upon consideration of the plaintiff's motion for a final order, which is contained within the Reply to All Recommendations and Orders With Motion for a Final Order (Doc. #13) filed on July 25, 2007, it is hereby ORDERED that the motion for a final order is DENIED. The Court notes that a Final Judgment (Doc. # 8) was entered in this case on January 16, 2007.

DONE this 17th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE