# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

U.S. DISTRICT CI
MIDDLE DISTRICT /

GENE COGGING   PRO st
1436 COUNTY ROAD #299
LANATE, AL 36861
       **Plaintiff**

V;

CASE NO   ~~3:07 - CV - 112 - MEF~~

3:06cv 1112 - MEF

STATE OF ALABAMA
ALABAMA DEPARTMENT OF REVENUE
CHAMBERS COUNTY
      **Defendants**

# MOTION TO CLEAR RECORDS FOR ORIGINAL DEFENDANTS AND REVERSAL OF OPINIONS AND ORDERS

COMES NOW, THE PLAINTIFF, GENE COGGING,  IN THE ABOVE STYLED

CASE WITH THIS MOTION TO CLEAR RECORDS AND REVERSAL OF OPINIONS AND

ORDERS.  THE ORIGINAL COMPLAINT I FILED IN THIS COURT,  HAD ONLY THE

STATE OF ALABAMA, ALABAMA DEPARTMENT OF REVENUE, AND CHAMBERS

COUNTY, LISTED AS THE ONLY DEFENDANTS. THE ATTORNEY GENERALS OFFICE

HAS BEEN ILLEGAL ADDED BY THIS COURT   THESE ARE THE ONLY

DEFENDANTS NAMED IN THESE CASES.   SOME WHERE ALONG THE LINE THE

STATE OF ALABAMA ATTORNEY GENERAL  GOT ADDED IN AS A PART OF THIS

CASE.   THE JUDGE PLAYING THE ROLE OF DEFENDANTS ATTORNEY, ADDED

01.

THIS TO THIS CASE WITHOUT ANY COMPLAINT OR SUMMONS SERVED UPON HIM BY THE PLAINTIFF.. THIS IS ANOTHER ILLEGAL ATTEMPT TO DESTROY MY GUARANTEED DUE PROCESS OF LAW, AND MY CONSTITUTION RIGHTS AS GIVEN IN THE UNITED STATES CONSTITUTION..

WHEN A PREJUDICIAL ERROR OCCURS IN ANY COURT, THE PLAINTIFF HAS OBLIGATIONS, LEGAL RIGHTS, AND GROUNDS FOR A NEW TRIAL, OR REVERSAL OF JUDGMENT, WHICH MAY AFFECT OR PRESUMPTIVELY AFFECT ANY THREAT TO WHAT HAS BEEN TERMED AN ACCUSED SIGNIFICANT STAKE, PSYCHOLOGICAL, PHYSICAL, AND FINANCIAL, IN THE PROCESS WHICH MAY ULTIMATELY DEPRIVE HIM OF LIFE, LIBERTY, PROPERTY, OR PRECEPT OF HAPPINESS.. U.S. V: Dryer, C.A.N. J. 533, Fed. 2d, 112, 115. A PREJUDICIAL ERROR AFFECTS THE PLAINTIFF LEGAL RIGHTS AND OBLIGATIONS Erskine V: Upham 56, Cal. App, 2d,235, 132, P. 2d, 219, 228. Trepanier V: Standard Min. & Mill Co. 58 Wyo.29, 123, P. 2d, 378, 380. SUCH ACTIONS IN ANY CIVIL OR CRIMINAL CASE WOULD RESULT IN GROUNDS FOR A NEW TRIAL OR REVERSAL OF JUDGMENT. Fed. R. Civil P. 59.. A PREJUDICIAL ERROR IS ONE WHICH EFFECTS THE FINAL RESULTS OF THE TRIAL. State V: Gilerist 15 Was. App. 892 P. 2d, 690, 691. Sheppard V: Maxwell, 384 U. S. 333, 86, S. Ct. 1507, L. E. D. 2d, 600..

WHERE THERE HAS BEEN SO MANY ILLEGAL MOVES INVOLVED IN THESE CASES, THE PLAINTIFF REQUEST THAT THIS COURT REVERSE ANY AND ALL DECISIONS INVOLVED WITH THIS CASE AND GRANT THE DEFAULT AND DEFAULT JUDGMENT THAT WAS PROPERLY FILED AND BRING THESE CASES TO

A CLOSURE.

WHEN ANY RULE OF LAW IS COVERED IN THE GUARANTEED DUE PROCESS AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, COVERING THE RIGHT FOR EVERY CITIZEN TO BE HEARD AND HAVE THEIR DAY IN COURT, THIS CONCEPT OF "THE DUE PROCESS OF LAW", IS EMBODIED IN THE FIFTH AMENDMENT OF THE UNITED STATES CONSTITUTION.  AND HAS PRESTIGE OVER OTHER RULES OR LAWS, THAT  NO COURT OR JUDGE CAN CHANGE, BY USING **DENIED ON THESE GUARANTEED RIGHTS..**    U. S.  V:  Smith D.C.  Iowa, 249 APP.. Supp. 515, 516.

THE RIGHT TO BE HEARD, TO REVIEW THE ANSWER FROM THE OTHER PARTY, WITH BOTH PARTIES AWARE OF THE MATTER PENDING, AND TO ASSERT BEFORE THE APPROPRIATE DECISION MAKING BODY, THIS RIGHT HAS BEEN DESTROYED BY NOT ALLOWING OR REFUSING, THE COMPLAINT AND SUMMONS I HAD SERVED BY REGISTERED MAIL, CERTIFIED WITH RECEIPT RETURNED TO CLERK OFFICE,  AS GIVEN IN FEDERAL RULE 3, 4, 5,    ILLEGAL USING.  RULE 28 U. S. C.  s/s 1915 (e)(2) (B),  TO DENY MY GUARANTEED CONSTITUTION  RIGHT AND DUE PROCESS TO BE HEARD AND HAVE THEIR DAY IN COURT, TO BE HEARD BY THE OTHER SIDE, DON'T EXIST WITH JUDGE FULLER, FOR HE PLAYS THE ROLL OF DEFENDANTS LAWYER AND JUDGE,.WHEN I HAD THEM SERVED BY CERTIFIED, REGISTERED MAIL, AND NEVER RECEIVED ANY ANSWER, THIS COURT HAS RECEIVED MANY MOTIONS FOR DEFAULT AND DEFAULT JUDGMENT I HAVE FILED IN ALL CASES IN THIS COURT AND THE CLERK REFUSED TO HONOR

**03.**

THE REQUIRED DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANT.

THIS PLACES ALL PARTIES GUILTY OF A FELONY, BY NOT ABIDING BY THEIR

OATH OF OFFICE AND PERJURY. Trinity Episcopal Corp. V: Romney W. D. C. N. Y.

387 F. Supp. 10444, 1084..

UNDER THE DUE PROCESS OF LAW, THE ALLOWANCE OF AN APPEAL FROM

ANY LOWER COURT IS A GUARANTEED CONSTITUTION RIGHT, THAT LEAVES NO

COURT OR JUDGE ANY RIGHT TO INTERFERERS WITH OR DENY THIS PROCESS,

WHEN A LOWER COURT FAILS TO, OR REFUSES TO DISSOLVE **ALL ISSUES**

**INVOLVED,** IN DETERMINING THE RIGHTS AND LIABILITIES OF THE PARTIES

INVOLVED, IS, **IMMEDIATELY APPEALABLE,** WITH NO ILLEGAL COST OR

RESTRICTIONS ADDED ON.   AGAIN IN THIS CASE THE COURT HAS REFUSED TO

SETTLE ANY ISSUES INVOLVED IN THIS CASE.. Budinich   V: Becton Dickinson & Co.

486 U.S. 196, 201, 108, S. Ct. 1717, 1772, 100 L. E. D. 2d, 178, (1988), LaChance  V:

Duffy's Draft House, Inc.  146 F.  3d, 832,837, (11th Cir. 1980) FED. R. Civil P. 56.. THIS

RIGHT TO BE HEARD IN ANY COURT BY A JURY OF HIS PIERS, IN THE UNITED

STATES IS GUARANTEED CONSTITUTIONAL RIGHT, THAT CANNOT BE

DETERMINED WHO HAS THAT RIGHT,  IS NOT MADE BY ANY COURT OR JUDGE..

WHERE A LOWER COURT REFUSES TO DISSOLVE ALL ISSUES INVOLVED IN

THIS CASE, LIKE THE FAILURE TO PROPERLY HANDLE THE DEFAULT AND

DEFAULT JUDGMENT THAT WAS FILED, WILL NEVER DISOLVED  ANY ISSUES

BETWEEN THE PARTIES.   THE PREVAILING LAWS THAT GOVERNS THE

SUMMONS ARE FOUND IN FEDERAL RULE OF CIVIL PROCEDURES 3, 4, 5,

**04.**

THE RIGHT FOR EVERY CITIZEN TO APPEAR IN FORMA PAUPER IS ANY

COURT IN THE UNITED STATES IS A GUARANTEED CONSTITUTION RIGHT AS

FOUND IN FED R. APP. P. 28 - 39, 48, 59, U.S.C., WITH NO FEES, COST, OR GIVING

SECURITY IN ANY FORM, THEREFORE ADDED ON.  May  V: Williams 17 Al 23 (1849).

THIS GUARANTEED CONSTITUTIONAL RIGHT REMOVES THIS DECISION FROM

THE COURTS, JUDGES, AND CLERKS,   FOR THIS GIVEN LAW IS A PART OF THE

DUE PROCESS THAT GOVERNS THIS ACTION. Fed. R. Crim. P. 23 - 33. .

THEREFORE, THIS CANNOT BE USED AS A MEANS TO DENY ME MY RIGHT TO

APPEAL THIS CASE, .IN A PRIOR ORDER, "APPELLANT  SOUGHT TO CHALLENGE

A DECISION OF AN ALABAMA STATE COURT, "THE ROCKER - FELDMAN

DOCTRINE, PROVIDES THAT FEDERAL COURTS, OTHER THAN THE UNITED

STATES SUPREME COURT,  HAS NO AUTHORITY TO REVIEW THE FINAL

JUDGMENT OF STATE COURTS,." Siegel   V: LePore 234 F.  3d, 1163, 1172, (11th Cir.

2000) (en banc)

IF YOU WILL TAKE A MOMENT TO READ THE COMPLAINT, YOU MIGHT

HAVE NOTICED THAT THIS CASE HAS NEVER BEEN FILED IN ANY STATE COURT,

AND NOT ANY OF THIS EXCUSE APPLIED TO THIS CASE,. WHERE THE APPELLANT

FAILED TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED. AGAIN NOT

BEING ABLE TO READ THE FIRST PAGE OF MY ORIGINAL COMPLAINT, IN LARGE

BOLD LETTERS GIVES THIS CLAIM.  USING THE RULE 28 U.S.C.  s/s 1915 (e) (2) (b)

(ii). THAT THIS CASE IS DENIED, BECAUSE THE APPEAL IS **FRIVOLOUS.**.   SEE

Pace  V: Evans, 709, F. 2d, 1428, (11th Cir. 1983) WHERE ALL OF THIS RULE IS

IMPROPER USED IN AN ILLEGAL MANNER AS AN EXCUSE TO HELP THE
DEFENDANTS, THIS DOES NOT GIVE EVERY CITIZEN THE RIGHT TO BE HEARD,
OR HAVE HIS DAY IN COURT AS GUARANTEED UNDER THE DUE PROCESS OF THE
UNITED STATES CONSTITUTION..  FOUND AGAIN ON PAGE NO 01. FIRST
PARAGRAPH.  MY RIGHT TO THE GUARANTEED DUE PROCESS OF LAW IS NOT
FRIVOLOUS,  THESE CONSTITUTION RIGHTS APPLY TO EVERY CITIZEN IN THE
UNITED STATES, EVEN ME.  .

WHEN DEFAULT AND DEFAULT JUDGMENT WAS FILED IN ANY CASE,
WHERE THE CLERK IS REQUIRED TO ENTER AGAINST THE DEFENDANTS, IS
COVERED BY FEDERAL RULE 55.  ALL OF THIS DENIAL AND NEVER ACTED UPON
BY THE CLERK, MAKES THIS WRONGFUL ACT OF OMISSION EMBRACES THE
DISHONESTY CARRIED OUT BY THE JUDGE AND CLERK.  Greco  V:  Kresge Co.
277, N. Y. 26, 12, N. E 2d, 557, 562..  Hilkert V: Canning 58, Ariz. 290, 119, P. 2d, 233, 236..

**CAUSE OF ACTION:**

THE CONSTITUTION OF THE UNITED STATES, GUARANTEES THE DUE
PROCESS OF LAW TO EVERY  CITIZEN.    WHEN THIS PROCESS IS NOT ALLOWED
OR ANY PART OF THESE GUARANTEED RIGHTS ARE NOT ABIDED BY,  THIS
QUESTIONABLE RIGHT HAS TO BE SETTLED IN THE FEDERAL COURT SYSTEM, AS
GIVEN IN THE FEDERAL RULES OF CIVIL PROCEDURES, 3, 4,  5, THE 5 th. And 14th
AMENDMENT OF THE CONSTITUTION OF THE UNITED STATES.

1.      THE FEDERAL ACT OF 1974, SET OUT AND ESTABLISHED TIME LIMITS
ON  **ALL** EVENTS CARRIED OUT IN THE JURIDICAL SYSTEM AS SO PLACED ON

THE SHORT TERM CALENDER, SO AS TO ASSURE A SPEEDY TRIAL. THE 7th

AMENDMENT. OF THE UNITED STATES CONSTITUTION REQUIRES A TRIAL BY AN

IMPARTIAL JURY, EITHER **CIVIL OR CRIMINAL** ON **ALL ISSUES** BETWEEN THE

PARTIES, WEATHER THEY BE ISSUES OF LAW OR FACTS WITH NO RESTRAI NTS

OR ILLEGAL COST ADDED ON.

2.    A SPEEDY TRIAL IS NOT CONFINED TO MERELY AN IMPAIRMENT, BUT

INCLUDES ANY THREAT TO WHAT HAS BEEN TERMED AS ACCUSED'S

SIGNIFICANT STAKES, PSYCHOLOGICAL, PHYSICAL, FINANCIAL, IN THE COURSE

OF A PROCEEDING , WHICH MAY ULTIMATELY DEPRIVE HIM OF PROPERTY, LIFE,

LIBERTY, OR PRESUIT OF HAPPINESS.  U. S. V: Dryer C. S. N.J.  533, F.  2d, 112, 115..

DENYING ME THIS RIGHT TO A SPEEDY TRIAL IS ANOTHER ILLEGAL PROCESS

THAT DESTROYS MY GUARANTEED DUE PROCESS OF LAW AS GIVEN IN THE

UNITED STATES CONSTITUTION..

3.    THE RIGHT FOR A TRIAL BY JURY, IS GUARANTEED BY THE 6th

AMENDMENT OF THE UNITED STATES CONSTITUTION, THAT REQUIRES A TRIAL

BY AN IMPARTIAL JURY ON EITHER CIVIL OR CRIMINAL CASES ON ALL ISSUES

BETWEEN THE PARTIES.   ..

4.    WHERE AN ILLEGAL COST PLACED UPON ANY COURT ACTION IS COVERED

IN FEDERAL RULE APP.  P.  28 - 39, U. S. C.  May V: Williams 17 Al 23, (1849)..   ANY

PARTY HAS THE GUARANTEED RIGHT TO APPEAR IN ANY COURT WITHOUT ANY

PREPAYMENT OF FEES, COST, OR GIVING ANY FORM OF SECURITY THERE - OF..

5.    ANY MOTION FILED WITH THIS COURT TO AVOID THE PLEA AS

GIVEN IN THE COMPLAINT OR FAILS TO STATE IN SHORT AND PLAIN TERMS IS

USELESS AND CONSIDERED AN INSUFFICIENT ANSWER.. Wright V: Miller Fed. R.

Civ. P, s/s 1196,   OTHER ILLEGAL ATTEMPT TO COLLECT FEES.  Petti  V: Penn, La.

App.  180, So.  2d, 66, 69..AND THE CONCEPT OF DUE PROCESS AS FOUND IN THE 5th

AMENDMENT OF THE UNITED STATES CONSTITUTION..

6.      UNDER THE ABOVE FEDERAL RULES, AND GUARANTEED DUE PROCESS OF

LAW THE, WHERE AT THE BEGINNING OF ANY ACTION THE COMPLAINT AND

SUMMONS MUST BE FILED WITH THE CLERK OF THAT COURT AND DATE GIVEN

FOR THE ANSWER TO BE RECEIVED OR THE DEFENDANT HAS TO BARE THE

FOREGOING RESULTS AS ASKED FOR IN THE COMPLAINT.   IF THE ANSWER IS

NOT RECEIVED AT THAT TIME AS ALLOWED ON THE SUMMONS, DEFAULT AND

DEFAULT JUDGMENT MUST BE FILED AGAINST THEM.   THE DEFENDANTS WERE

PROPERLY SERVED BY CERTIFIED U.S. MAIL WITH RECEIPT RETURNED BACK TO

THE CLERK OFFICE.    THIS IS A ONE OR THE PROPER METHODS OF SERVICE AS

REQUIRED UNDER THE FEDERAL RULES OF CIVIL PROCEDURES.

7.      ANOTHER ERROR MADE BY THE COURT THAT PLACES THIS

ATTEMPTED ILLEGAL FORM OF STALLING, CLAIMING IMPROPER SERVICE, AND

ALL COST OF REQUIRES JUDGMENT, AS FOUND IN THE ORIGINAL COMPLAINT

SHOULD BE PLACED DIRECTLY AGAINST THIS COURT.   I FOLLOWED THE DUE

PROCESS OF LAW, AND THE RULES OF CIVIL PROCEEDINGS, BY FILING DEFAULT

AND DEFAULT JUDGMENT ACCORDINGLY   THE PROCESS THAT LEAD UP THE

FILLING OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS

**08.**

WAS SET UP UNDER THE DUE PROCESS OF LAW AS ESTABLISHED IN THE
GUARANTEED RIGHTS OF THE UNITED STATES CONSTITUTION, THAT GIVES NO
COURT OR JUDGE THE RIGHT TO DENY, PLACE ANY RESTRICTIONS OF ANY
FORM, OR USING ANY LAW IMPROPER OR ILLEGAL TO OBTAIN THEIR GOALS.
THEIR OATH OF OFFICE REQUIRES THEM TO ABIDE BY THE LAWS AND
AMENDMENTS AS GIVEN IN THE UNITED STATES CONSTITUTION, OR THEY HAVE
COMMITTED A FELONY AND PERJURY.    FROM THE PAPER TRAIL LEFT AT THIS
COURT MAKES ALL THAT HAVE HAD ANY PART IN MY CASES, GUILTY OF THE
ABOVE AND DESERVE THE SAME PUNISHMENT AS OTHER CRIMINALS.

8.    THIS DEMAND FOR DEFAULT AND DEFAULT JUDGMENT MUST BE
GRANTED, FOR ALL RULES WERE FOLLOWED AND ANY MANIFESTED ERRORS
WERE ESTABLISHED INJUSTICE ON THE PART OF THIS COURT.    IF EVERYONE
INVOLVED IS INCAPABLE OF ABIDING BY THE GUARANTEED RULES OF DUE
PROCESS OF THE UNITED STATES CONSTITUTION, THEN TURN THEMSELF IN TO
THE PROPER AUTHORITIES, PLEADING GUILTY OF BREAKING THE OATH OF
OFFICE AND PERJURY.        .

9.    THIS FREEDOM OF SELECTING PROPER COURT AND JUDGES, IS A PART OF
NATURAL LIBERTIES SWORN TO OF EXCESS WHICH INVADES EQUAL RIGHTS TO
OTHERS, THEY ARE RESTRAINTS PLACED UPON THE GOVERNMENT.. I HAVE
CHOSEN TO USE ONLY A U.S. DISTRICT JUDGE ONLY.. Sowers v: Ohio Civil Rights
Commission, 20 Ohio Misc. 115, 252 N. .E. 2d, 463, 476..

10.    THE OATH OF OFFICE BINDS THAT PARTY WHEN THEY ASSUME , OR

**09.**

CHARGED OF THAT OFFICE, HEREBY DECLARING THAT THEY WILL **FAITHFULLY**

AND **TRUTHFULLY** DISCHARGE THE DUTIES OF THAT OFFICE AND UP - HOLD

ALL THE LAWS EQUALLY, AS GIVEN IN THE CONSTITUTION OF THE UNITED

STATES OF AMERICA .AND STATUTES THAT MAY APPLY TO THAT PARTICULAR

CASE.    Art.  VI, U.S. CONSTITUTION, THAT THIS ATTESTATION, OR PROMISE IS

MADE UNDER A IMMEDIATE SENSE OF RESPONSIBILITY TO **GOD,** WHERE ONE

WILLFULLY ASSERTING UNTRUE STATEMENTS ARE PUNISHABLE FOR PERJURY

AND ARE ALSO GUILTY OF A FELONY BY BREAKING THE OATH OF OFFICE..

ART.  II   Sec. I U. S. Const.  Vaughn V: State 146, Tex.Cr. R.  585, 177, S.W.  2d, 59, 60..

**CONCLUSION:**

THEREFORE, THIS MOTION FOR TO CLEAR RECORDS FOR ORIGINAL

DEFENDANTS, AND REVERSAL OF ALL OPINIONS AND ORDERS., THAT HAS

IDENTIFY THE MANIFESTED INJUSTICE BROUGHT ON BY THIS COURT, MUST BE

CORRECTED BY HONORING THIS REQUEST FOR REVERSAL, ON ALL DECISIONS

AND HONORING THE DEFAULT AND DEFAULT JUDGMENT AS ORIGINAL FILLED.,

WHEN AN ENTRY FOR FINAL JUDGMENT  IS USED BEFORE ANY ANSWER IS

RECEIVED FROM THE DEFENDANT,    THIS ONLY CREATES AND PROVES

THE DISHONESTY OF THE ONES INVOLVED IN NOT ALLOWING THE DUE PROCESS

OF LAW AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES, WITH ORDERS

FOR THE CLERK TO SERVE THE DEFAULT AND DEFAULT JUDGMENT AGAINST THE

PARTY  INVOLVED IN THIS CASE, (AS GIVEN IN THE 11th AMENDMENT OF THE

UNITED STATES CONSTITUTION),  THAT GIVES ANY CITIZEN OF THIS STATE THE

**10.**

RIGHT TO SUE AND BE SUED, OVERRIDING ANY OTHER STATE OR FEDERAL LAWS THAT MAY EXIST)..FOR THE UNITED STATES CONSTITUTION IS THE PREVAILING LAW. WITH ALL OF THESE ESTABLISHED LAWS IN THE GUARANTEED DUE PROCESS OF THE UNITED STATES CONSTITUTION, THERE IS NO GROUNDS FOR ANY OTHER HEARING, ARGUMENTS, OR ANY POINT THAT IS NOT COVERED UNDER THE DUE PROCESS OF LAW AS GIVEN IN THE CONSTITUTION OF THE UNITED STATES.

THERE HAS BEEN MANY ORDERS AND RECOMMENDATIONS, GIVING DIFFERENT LAWS AND IMPROPER PROCEDURES, TO AVOID PROPER HANDLING OF EVERY CASE PRESENTED TO THIS COURT, NO WHERE IN ANY LEGAL RESEARCH, HAVE I FOUND ANY FORM OF LEGAL GROUNDS FOR THE CLERK OR CLERK'S OFFICE HAS NO AUTHORITY TO ISSUE ANY ORDERS, DISMISSALS, OR ANY REPLY INVOLVING ANY CASE FILED IN ANY COURT.

ANY ACTION FILED IN COURT IS NOT MERELY TO COMMENCE OF, BUT MUST FOLLOW IT TO AN ULTIMATE CONCLUSION, BEFORE A COMPETENT (IF ONE CAN BE FOUND), TRIBUNAL FOR THE PURPOSE OF DETERMINING THE GUILTY OR INNOCENCE OF THE PERSON THAT IS CHARGED WITH THE CRIME. U. S. V: Reisinger 128 U. S. 396,.9 S. Ct. 99, 32, L. E.D. 480.. THIS TERM IS USED IN RESPECTING CIVIL LITIGATIONS AND MUST INCLUDE EVERY STEP OF THE ACTION FROM COMMENCEMENT TO IT'S FINAL DECISION. Brazil C. C. A. III 134, F. 2D, 929, 930 THE TERM OF NON-PAYMENT IS AN ILLEGAL METHOD USED IN DENYING A PROCESS OF LAW, WHERE THE UNITED STATES CONSTITUTION

11.

GUARANTEES EVERY CITIZEN THE RIGHT TO APPEAR IN FORMA PAUPERIS,

CANNOT BE DETERMINED BY ANY COURT, JUDGE, OR CLERK..

LIKE MANY TIMES BEFORE THIS COURT HAS IMPROPERLY AND ILLEGALLY

USED RULE 28 U. S. C. s/s 1915 (a)(3), AS NOT TAKEN IN GOOD FAITH, Coppedge V: U.

S. 396 F. 2d 924, 925, (11th Cir. 1991), APPEAL IS FRIVOLOUS, WHERE AGAIN PRE-

JUDGING THIS CASE AS "CHANCES OF ULTIMATE SUCCESS ARE SLIGHT." THEN

ORDERED THE PLAINTIFFS MOTION DENIED,     THIS WOULD SEEN TO JAR A NUT

SOMEWHERE THAT ALL OF THIS ORDER AND OTHER ILLEGAL STRAWS ARE IN

DIRECT CONFLICT OF THE GUARANTEED RIGHTS OF THE DUE PROCESS OF LAW.

AS GIVEN IN THE UNITED STATES CONSTITUTION THAT GIVES EVERY CITIZEN

THE RIGHT TO BE HEARD AND HAVE THEIR DAY IN COURT,(EXCEPT ME), EVERY

CITIZEN HAS THE RIGHT TO APPEAR IN FORMA PAUPERIS, AND EVERY CASE IS

IMMEDIATELY APPEALABLE, UNTIL ALL ISSUES ARE DISSOLVED,     THESE

BASIC GUARANTEED RIGHTS HAVE ALL BEEN DENIED,   NOT ALLOWING ANY

PART OF EQUAL JUSTICE TO ALL MEN, OR ANY GUARANTEED PART OF THE DUE

PROCESS OF LAW,   THE ONLY WAY TO SETTLE THIS CASE LEGALLY, IS TO

HONOR THE DEFAULT AND DEFAULT JUDGMENT THAT WAS PROPERLY ENTERED.

THIS PLAYING THE ROLL OF JUDGE AND DEFENDANTS ATTORNEY, TRYING TO

PROTECT THE OLD BUDDY SYSTEM OF JUSTICE IS NOT A HONEST APPROACH IN

SETTLING ALL ISSUES INVOLVED IN THIS CASE

THE FIRST PAGE OF THIS MOTION IDENTIFIES THE CORRECT DEFENDANTS

AS GIVE IN MY ORIGINAL COMPLAINTS..    THERE HAS NEVER BEEN ANY

COMPLAINT OR SUMMONS SENT OR INVOLVING THE STATE OF ALABAMA ATTORNEY GENERAL OFFICE. WHY YOU KEEP TRYING TO ADD THEM TO THIS CASE, CREATES ANOTHER ILLEGAL MOVE ON YOUR PART., HE CANNOT LEGAL TAKE ANY PART IN ANY CASE I AM INVOLVED WITH IN THIS COURT, FOR HE IS A DEFENDANT INVOLVED WITH A CASE I HAVE FILED AGAINST HIM.. .

IN DOCUMENT 14 -1, ORDER, STATES THAT MY MOTION FOR FINAL ORDER (DOC #13), IS DENIED, AND MOTION FOR FINAL JUDGMENT (DOC. # 8), WAS ENTERED JANUARY 16, 2007. UNDER BLACKS LAW DICTIONARY, THE TERMS DECISION AND FINAL JUDGMENT ARE COMMONLY USED INTERCHANGEABLY, IS ALSO USED TO DENOTE THE REASON FOR WHICH THE COURT GIVES FOR IT'S DECISION. BUT THIS IS MORE PROPERLY DENOMINATED AS AN **, OPINION.** FED. RULE 54(a), .THEREFORE AN OPINION IS NOT A LEGAL FINAL ORDER AND THE CASE 1112, AGAINST THE STATE OF ALABAMA, ALABAMA DEPARTMENT OF REVENUE , AND CHAMBERS COUNTY, IS STILL AN ACTIVE CASE BY LAW, IN THE UNITED STATES DISTRICT COURT. THIS PLACES ALL OF THE ABOVE DEFENDANTS IN THIS CASE IN DEFAULT AND DEFAULT JUDGMENT, AND THIS MUST BE SETTLED AS REQUIRED IN THE DUE PROCESS OF LAW, AS GIVEN IN THE UNITED STATES CONSTITUTION. THIS MAKES ANOTHER ILLEGAL PROCEDURE YOU HAVE USED IN DENYING MY GUARANTEED CONSTITUTION RIGHTS. WITH EVERY FINAL JUDGMENT YOU HAVE ISSUED IS ONLY AN OPINION, ALL CASE I HAVE IN THIS COURT REST ON DEFAULT AND DEFAULT JUDGMENT.

GENE COGGING                13.

# CERTIFICATE OF SERVICE

**I,  GENE COGGINS  ,DO HEREBY DECLARE UNDER THE PENALTY OF PERJURY**,  THAT I HAVE PLACED UPON THIS DAY A COPY OF THE COMPLAINT AND SUMMONS IN THE U.S. MAIL, SENT CERTIFIED WITH RETURN RECEIPT, TO OFFICE OF THE CLERK,   WITH PROPER POSTAGE, AND TO THE LAST KNOWN ADDRESS OF THE DEFENDANT.


_Gene Coggins_____     DATE <u>AUGUST 22, 2007</u>_____
GENE COGGINS Pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| GENE COGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:06-cv-1112-MEF |
| | ) | |
| STATE OF ALABAMA ATTORNEY | ) | |
| GENERAL'S OFFICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon consideration of the plaintiff's motion for a final order, which is contained

within the Reply to All Recommendations and Orders With Motion for a Final Order (Doc.

#13) filed on July 25, 2007, it is hereby ORDERED that the motion for a final order is

DENIED. The Court notes that a Final Judgment (Doc. # 8) was entered in this case on

January 16, 2007.

DONE this 17th day of August, 2007.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE