IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| GENE COGGIN, ) | |
| ) | |
|    Plaintiff, ) | |
| v. ) | CASE NO. 3:06-cv-1112-MEF |
| ) | |
| STATE OF ALABAMA ATTORNEY ) | |
| GENERAL'S OFFICE, *et al.,* ) | |
| ) | |
|    Defendants ) | |

## **O R D E R**

Upon consideration of the plaintiff's "Motion to Clear Records" (Doc. #15) filed on August 24, 2007, which the court construes to be a motion for reconsideration, it is hereby

ORDERED that the motion is DENIED.

DONE this the 31st day of August, 2007.

                                                   /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE