# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
### OFFICE OF THE CLERK
### POST OFFICE BOX 711
### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT

CLERK

TELEPHONE

(334) 954-3610

### September 13, 2007

Mr. THOMAS K. KAHN, CLERK  
UNITED STATES COURT OF APPEALS, ELEVENTH CIRCUIT  
56 FORSYTH STREET, NW  
ATLANTA, GA  30303

USDCA NO <u>CV-06-F-1112-E</u>

USCA NO_____

### GENE COGGINS VS. ST OF AL ATTORNEY GENERAL'S OFFICE

___

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.

 X  Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]

 X  First Notice of Appeal: X Yes,__ No   Date(s) of Other Notice_____

Was there a hearing from which a transcript could be made:

_Yes, The Court Reporter(s) is/are

 X  No                 Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

 X  IFP__; and/or APPEALABILITY/CPC is pending in this Court.

Court Appointed Counsel/CJA; ___Yes; ___No; Copy of Order Enclosed:

 X  The Appellate docket fee has been paid;__Yes, X No:_____Date, Receipt#_____

___Appellant has been ___GRANTED;___

_DENIED IFP, Copy of Order enclosed.

 X  Appellant has been ___GRANTED; X DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___Appeal Bond, ___ Supersedeas Bond

 X  The District Judge or Magistrate Judge appealed from is Hon: <u>MYRON H. THOMPSON</u>

___This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

___This is a DEATH PENALTY a_____

___ Certified record on appeal consisting of:

   __Volume(s) of Pleadings,__ Volume(s) of Transcripts,

   __ SEALED ITEMS, ie. __ PSI(s)____; OTHER____; TAPE(s)____

   __ Exhibits:

   __Volume (s) of Original Papers

___

cc:

Sincerely,

DEBRA P. HACKETT, CLERK

By: Yolanda Williams  
Deputy Clerk

APPEAL, CLOSED, MAG+

# U.S. District Court
## Alabama Middle District (Opelika)
### CIVIL DOCKET FOR CASE #: 3:06-cv-01112-MEF-SRW
### Internal Use Only

Coggins v. State of Alabama Attorney General's Office et al (MAG+)
Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Susan Russ Walker
Cause: 28:1983 Civil Rights

Date Filed: 12/18/2006
Date Terminated: 01/16/2007
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Gene Coggins**　　　　　　　　　represented by **Gene Coggins**
1436 County Road 299
Lanett, AL 36863
334-576-3263
PRO SE

V.

**Defendant**

**State of Alabama Attorney General's Office**

**Defendant**

**Alabama Department of Revenue**

**Defendant**

**Chambers County Circuit Clerk's Office**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2006 | 1 | COMPLAINT against State of Alabama Attorney General's Office, Alabama Department of Revenue, Chambers County Circuit Clerk's Office, filed by Gene Coggins.(dmn) [Modified on 12/18/2006 to attach the certificate of service which was omitted at the original time of scanning/filing.-DMN] (Entered: 12/18/2006) |
| 12/18/2006 | 2 | MOTION for Leave to Proceed in forma pauperis by Gene Coggins. (dmn) (Entered: 12/18/2006) |

| 12/19/2006 | 3 | ORDER REFERRING CASE to Magistrate Judge Susan Russ Walker for all pretrial proceedings and entry of any orders or recommendations as may be appropriate. Signed by Judge Mark E. Fuller on 12/19/2006. (cc, ) (Entered: 12/19/2006) |
|---|---|---|
| 12/20/2006 | 4 | REPORT AND RECOMMENDATIONS that this action be DISMISSED without prejudice for lack of jurisdiction; Objections to R&R due by 1/4/2007. Signed by Judge Susan Russ Walker on 12/20/2006. Copies mailed to plaintiff & named defendants.(cc, ) (Entered: 12/20/2006) |
| 12/20/2006 |  | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Judge Susan Russ Walker on 12/20/2006. See 4 Report and Recommendations for pdf document for this entry. (cc, ) (Entered: 12/20/2006) |
| 01/03/2007 | 5 | OBJECTION to 4 Report and Recommendations by Gene Coggins. (Attachments: #(1) Exhibits) (dmn) (pleading entitled "Motion to Replace the Magistrate Judge") (Entered: 01/04/2007) |
| 01/08/2007 | 6 | MOTION to Clarify Defendants and Address by Gene Coggins. (dmn) (Entered: 01/09/2007) |
| 01/16/2007 | 7 | ORDER (1) denying plf's 5 motion to replace the Mag Judge; (2) plf's 6 MOTION to Clarify defs and address is GRANTED to the extent that plf seeks to clarify tht his complaint is brought against Chambers County; and (3) the court ADOPTS the 4 REPORT AND RECOMMENDATION of the Mag Judge, as further set out . Signed by Judge Mark E. Fuller on 1/16/07. (djy, ) (Entered: 01/16/2007) |
| 01/16/2007 | 8 | JUDGMENT, in accordance with the order adopting the recommendation, it is the ORDER, JUDGMENT and DECREE of this court that this action is DISMISSED for lack of jurisdiction; directing the Clerk to enter this document on the civil docket as a final judgment pursuant to Rule 58 FRCP. Signed by Judge Mark E. Fuller on 1/16/07. (Attachments: # 1 civil appeals checklist)(djy, ) (Entered: 01/16/2007) |
| 01/23/2007 | 9 | MOTION for Default, and MOTION for Default Judgment as to by Gene Coggins. (dmn) (Entered: 01/23/2007) |
| 01/25/2007 | 10 | ORDER that the 9 Motion for Default Judgment is DENIED as MOOT. Signed by Judge Mark E. Fuller on 1/25/2007. (dmn) (Entered: 01/25/2007) |
| 03/02/2007 | 11 | MOTION for ("Rehearing") Reconsideration re 8 Judgment, by Gene Coggins. (dmn) (Entered: 03/05/2007) |
| 04/23/2007 |  | Motions No Longer Referred: 11 MOTION for Reconsideration re 8 Judgment. (dmn) (Entered: 04/23/2007) |
| 04/24/2007 | 12 | ORDER denying 11 Motion for Reconsideration. Signed by Judge Mark E. Fuller on 4/24/2007. (cc, ) (Entered: 04/24/2007) |

| | | |
|---|---|---|
| 07/25/2007 | 13 | REPLY to all Recommendations and Orders with Motion for a Final Order filed by Gene Coggins. (sl, ) (Entered: 07/25/2007) |
| 08/17/2007 | 14 | ORDER denying plaintiff's 13 Motion for a Final Order contained within 13 Reply; the court notes that 8 Final Judgment was entered in this case on January 16, 2007. Signed by Judge Mark E. Fuller on 8/17/2007. (cc, ) (Entered: 08/17/2007) |
| 08/24/2007 | 15 | MOTION to Clear Records for Original Defendants and Reversal of Opinions and Orders by Gene Coggins. (Attachments: # 1 Attachment)(wcl, ) (Entered: 08/24/2007) |
| 08/24/2007 | | Motion to Clear Records (Doc. 15) construed to be a 15 MOTION for Reconsideration by Gene Coggins (pursuant to order entered on 8/31/07). (sl, ) (Entered: 08/31/2007) |
| 08/31/2007 | 16 | ORDER construing the 15 Motion to Clear Records as a 15 Motion for Reconsideration. Ordered that the 15 Motion for Reconsideration is denied. Signed by Judge Mark E. Fuller on 8/31/07. (sl, ) (Entered: 08/31/2007) |
| 09/12/2007 | 17 | NOTICE OF APPEAL by Gene Coggins to the United States Court of Appeals for the Eleventh Circuit from the 16 Order denying Motion for Reconsideration, entered on 8/31/07. Copies mailed (ydw, ) (Entered: 09/13/2007) |
| 09/12/2007 | | MOTION to Stay by Gene Coggins. (ydw, ) (Entered: 09/13/2007) |
| 09/12/2007 | 18 | MOTION for Leave to Appeal in forma pauperis by Gene Coggins. (ydw, ) Additional attachment(s) added on 9/13/2007 (ydw, ). (Entered: 09/13/2007) |