RECEIVED

2007 DEC -5 A 10: 03

DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

December 03, 2007

**Appeal Number: 07-14334-I**
Case Style: Gene Goggins v. State of Alabama Atty. Gen.
District Court Number: 06-01112 CV-F-E

TO:   Gene Coggins

CC:   Debra P. Hackett

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

December 03, 2007

RECEIVED
2007 DEC -5 A 10: 03
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Gene Coggins
1436 COUNTY ROAD 299
LANETT AL 36863-5740

**Appeal Number: 07-14334-I**
Case Style: Gene Goggins v. State of Alabama Atty. Gen.
District Court Number: 06-01112 CV-F-E

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Vacant Desk / spt (404) 335-6120

Encl.

DIS-4 (3-2005)



IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-14334-I

GENE COGGINS,

Plaintiff-Appellant,

versus

STATE OF ALABAMA ATTORNEY GENERAL'S OFFICE,
ALABAMA DEPARTMENT OF REVENUE,
CHAMBERS COUNTY CIRCUIT CLERK'S OFFICE,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

Before ANDERSON, DUBINA, and HULL, Circuit Judges.

BY THE COURT:

    This appeal is DISMISSED for lack of jurisdiction. Gene Coggins's construed notice of appeal does not identify the order being appealed, and it is not otherwise apparent which order he intends to appeal. Fed.R.App.P. 3(c)(1)(B), <u>Campbell v. Wainwright</u>, 726 F.2d 702, 704 (11th Cir. 1984).